UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80197-CIV-SINGHAL/MATTHEWMAN

HOWARD COHAN,

    Plaintiff,

v.

MILLER'S ALE HOUSE, INC.,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the parties' Joint Notice of Settlement (DE [15]) indicating that the parties have resolved this action. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal by **August 30, 2021**. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case. Furthermore, the Court retains jurisdiction over the case until the settlement is consummated. The Clerk of Court shall **CLOSE** this case for administrative purposes only and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 9th day of August 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF